1

**HON. SALVADOR MENDOZA JR.**

2   Jerry J. Moberg
3   Moberg Rathbone Kearns, P.S.
    jmoberg@mrklawgroup.com
    P.O. Box 130 – 238 W. Division Ave
4   Ephrata, WA 98823
5   Phone: (509) 754-2356
    Attorneys for Defendants

6

7
                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF WASHINGTON

9   WENDY FARRIS,                          | NO. 2:20-CV-00290-SMJ

10
                                           | **DEFENDANT LOREN CULP &**
11                      Plaintiff,          | **REPUBLIC POLICE**
                                           | **DEPARTMENT'S ANSWER TO**
12       v.                                | **PLAINTIFF'S AMENDED**
                                           | **COMPLAINTAND DEMAND**
13  LOREN CULP, REPUBLIC POLICE            | **FOR JURY**
    DEPARTMENT, CHRISTINE CLARK,
14  FERRY COUNRTY SHERIFF,

15                      Defendants.

16

17          COME NOW Loren Culp and Republic Police Department ("RPD")[1]

18  hereinafter referred to as "Republic Defendants" by and through their attorney of

19  record, Jerry J. Moberg, and demand that his case be tried by a jury and enter this

20  answer to Plaintiff's Complaint as follows:

21

22

23  _____

    [1] The City of Republic is not listed as a defendant in the caption; defendants
24  understand that the Republic Police Department is an agency of the City.

DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED
COMPLAINT AND DEMAND FOR JURY
Page 1

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

## INTRODUCTION

1.      In answer to the allegations in paragraph 1 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to Admit or Deny and therefore DENY the same.

2.      In answer to the allegations in paragraph 2 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to Admit or Deny and therefore DENY the same.

3.      In answer to the allegations in paragraph 3 of Plaintiff's Amended Complaint, the Republic Defendants DENY the allegations against Defendant's Culp and City of Republic.  Defendant lacks sufficient knowledge to ADMIT or DENY the remaining allegations contained in this paragraph and therefore DENY the same.

## JURISDICTION & VENUE

4.      In answer to the allegations in paragraph 4 of Plaintiff's Amended Complaint, ADMIT jurisdiction is proper.

5.      In answer to the allegations in paragraph 5 of Plaintiff's Amended Complaint, Republic Defendants ADMIT venue is proper.

6.      In answer to the allegations in paragraph 6 of Plaintiff's Amended Complaint, Republic Defendants ADMIT the allegations contained Paragraph 6 of Plaintiff's First Amended Complaint.

MOBERG
RATHBONE
KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

# PARTIES

7.     In answer to the allegations in paragraph 7 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore, DENY the same.

8.     In answer to the allegations in paragraph 8 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT the same.

9.     In answer to the allegations in paragraph 9 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT Loren Culp was the acting Police Chief with Republic Police Department, a resident of Washington State and acting within the scope of his employment. The remaining paragraph is an incomplete statement of law and does not require a response. To the extent is requires a response, Republic Defendants DENY the same.

10.     In answer to the allegations in paragraph 10 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT Ferry County is a municipality located within the State of Washington. The remaining allegations contained in Paragraph 10 of Plaintiff's First Amended Complaint constitute a legal conclusion to which no response is required. Further, Defendant lacks sufficient knowledge to confirm or deny and therefore DENY the same.

11.     In answer to the allegations in paragraph 11 of Plaintiff's Amended Complaint, Republic Defendants ADMIT City of Republic is a municipality

MOBERG
RATHBONE
KEARNS
P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

located within the State of Washington. The remaining allegations contained within this paragraph are incomplete statements of law and do not require a response. To the extent this paragraph requires a response Republic Defendants DENY the same.

## GENERAL ALLEGATIONS

12.    In answer to the allegations in paragraph 12 of Plaintiff's Amended First Amended Complaint, Republic Defendants lack sufficient knowledge to confirm or deny and therefore DENY the same.

13.    In answer to the allegations in paragraph 13 of Plaintiff's Amended First Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore Deny the same.

14.    In answer to the allegations in paragraph 14 of Plaintiff's Amended First Amended Complaint, the Republic Defendants lack sufficient knowledge and therefore DENY the same.

15.    In answer to the allegations in paragraph 15 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

16.    In answer to the allegations in paragraph 16 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

MOBERG
RATHBONE
KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

17.    In answer to the allegations in paragraph 17 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

18.    In answer to the allegations in paragraph 18 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

19.    In answer to the allegations in paragraph 19 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

20.    In answer to the allegations in paragraph 20 of Plaintiff's First Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

21.    In answer to the allegations in paragraph 21 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

22.    In answer to the allegations in paragraph 22 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

MOBERG
RATHBONE
KEARNS
P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

23.     In answer to the allegations in paragraph 23 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

24.     In answer to the allegations in paragraph 24 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

25.     In answer to the allegations in paragraph 25 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

26.     In answer to the allegations in paragraph 26 of Plaintiff's First Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

27.     In answer to the allegations in paragraph 27 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

28.     In answer to the allegations in paragraph 28 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

MOBERG RATHBONE KEARNS
P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

29.     In answer to the allegations in paragraph 29 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

30.     In answer to the allegations in paragraph 30 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

31.     In answer to the allegations in paragraph 31 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

32.     In answer to the allegations in paragraph 32 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

33.     In answer to the allegations in paragraph 33 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

34.     In answer to the allegations in paragraph 34 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

MOBERG
RATHBONE
KEARNS
P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

35.     In answer to the allegations in paragraph 35 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

36.     In answer to the allegations in paragraph 36 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

37.     In answer to the allegations in paragraph 37 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

38.     In answer to the allegations in paragraph 38 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

39.     In answer to the allegations in paragraph 39 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

40.     In answer to the allegations in paragraph 40 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

MOBERG
RATHBONE
KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

41.    In answer to the allegations in paragraph 41 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

42.    In answer to the allegations in paragraph 42 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

43.    In answer to the allegations in paragraph 43 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

44.    In answer to the allegations in paragraph 44 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge and therefore DENY the same.

45.    In answer to the allegations in paragraph 45 of Plaintiff's Amended Complaint, Republic Defendants ADMIT City of Republic Police Officer Loren Culp and certified canine handler was dispatched to the scene with canine "Karma" to canvas the area. Defendant DENIES each and every allegation contained in within this paragraph.

46.    In answer to the allegations in paragraph 46 of Plaintiff's Amended Complaint, Republic Defendants ADMIT Plaintiff appeared to be under arrest for DUI at the time Chief Culp arrived at the scene. Chief Culp was told by deputy

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

Clark Plaintiff was a "DUI with no odor of intoxicants coming from her." Defendant Denies the remaining allegations contained in this paragraph.

47.    In answer to the allegations in paragraph 47 of Plaintiff's Amended Complaint, Republic Defendants ADMIT Karma is trained to detect the presence of marijuana, heroin, methamphetamine, cocaine and MDMA in the vehicle. Upon detection of the aforementioned substances, canine Karma provides an alert. Defendant denies the remaining allegations contained within this paragraph.

48.    In answer to the allegations in paragraph 48 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT Culp attached the leash to Karma and brought Karma out of the patrol car but DENY each and every other allegation set forth in this paragraph.

49.    In answer to the allegations in paragraph 49 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT to using Karma to perform a search but DENY each and every other allegation set forth in this paragraph.

50.    In answer to the allegations in paragraph 50 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT to using Karma to perform a search but DENY each and every other allegation set forth in this paragraph.

51.    The allegations in paragraph 51 of Plaintiff's Amended Complaint, are incomplete statements of law and do not require a response. To the extend the paragraph requires a response Republic Defendants DENY the same.

MOBERG
RATHBONE
KEARNS
P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

52.    In answer to the allegations in paragraph 52 of Plaintiff's Amended Complaint, Republic Defendants DENY the same.

53.    In answer to the allegations in paragraph 53 of Plaintiff's Amended Complaint, Republic Defendants DENY the same.

54.    In answer to the allegations in paragraph 54 of Plaintiff's Amended Complaint, the Republic Defendants DENY the alert of canine Karma was "manipulated". Republic Defendants ADMIT the officers on scene searched Ms. Farris' car based on a search warrant the was applied for and grated based on the alert by canine Karma.

55.    In answer to the allegations in paragraph 55 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT the officers found roughly $5000 in Ms, Farris' car. As to the reaming allegations contained within this paragraph Republic Defendants are without sufficient knowledge to confirm or deny and therefore DENY the same.

56.    In answer to the allegations in paragraph 56 of Plaintiff's Amended Complaint, Republic Defendants ADMIT Plaintiff's car was impounded. As to the remaining paragraph, Republic Defendants are without sufficient knowledge to confirm or deny and therefore DENY the same.

57.    In answer to the allegations in paragraph 57 of Plaintiff's Amended Complaint, Republic Defendants DENY the search of Plaintiff's car was

MOBERG
RATHBONE
KEARNS
P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

"overzealous" and that they permanently damaged Plaintiff's vehicle. Republic Defendants ADMIT drugs were not found in Plaintiff's vehicle.

58.    In answer to the allegations in paragraph 58 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to confirm or deny and therefore DENY the same.

59.    In answer to the allegations in paragraph 59 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to confirm or deny and therefore DENY the same.

60.    In answer to the allegations in paragraph 60 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge to admit or deny and therefore DENY the same.

61.    In answer to the allegations in paragraph 61 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge to admit or deny and therefore deny the same.

62.    In answer to the allegations in paragraph 62 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge to admit or deny and therefore deny the same.

63.    In answer to the allegations in paragraph 63 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge to admit or deny and therefore DENY the same.

MOBERG
RATHBONE
KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

64.    In answer to the allegations in paragraph 64 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT the same.

65.    In answer to the allegations in paragraph 65 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT Plaintiff was booked into jail but lacks sufficient knowledge as to the timeframe and therefore DENY the same.

66.    In answer to the allegations in paragraph 66 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT Ferry County Prosecutor dropped the charges. Defendant lacks sufficient knowledge regarding the remaining allegations within this paragraph and therefore denies the same.

67.    In answer to the allegations in paragraph 67 of the Plaintiff's Amended Complaint, the Defendant lack sufficient knowledge to Admit or Deny and therefore DENY the same.

68.    In answer to the allegations in paragraph 68 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to Admit or Deny and therefore DENY the same.

69.    In answer to the allegations in paragraph 69 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to admit or deny and therefore Deny the same.

MOBERG
RATHBONE
KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

70.    In answer to the allegations in paragraph 70 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to confirm or deny and therefore DENY the same.

71.    In answer to the allegations in paragraph 71 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore DENY the same.

72.    In answer to the allegations in paragraph 72 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore DENY the same.

73.    In answer to the allegations in paragraph 73 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore DENY the same.

74.    In answer to the allegations in paragraph 74 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore DENY the same.

75.    In answer to the allegations in paragraph 75 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore DENY the same.

MOBERG RATHBONE KEARNS
P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

76.     In answer to the allegations in paragraph 76 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore DENY the same.

77.     In answer to the allegations in paragraph 77 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore DENY the same.

78.     In answer to the allegations in paragraph 78 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore DENY the same.

79.     In answer to the allegations in paragraph 79 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT/DENY.

80.     In answer to the allegations in paragraph 80 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore DENY the same.

81.     In answer to the allegations in paragraph 81 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT they have not reached out Plaintiff for any reason. Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in within this paragraph and therefore deny the same.

MOBERG
RATHBONE
KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

82.    In answer to the allegations in paragraph 82 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT they have not reached out to apologize. Defendant lacks sufficient knowledge as to the remaining allegations contained within this paragraph and therefore DENY the same.

83.    In answer to the allegations in paragraph 83 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

84.    In answer to the allegations in paragraph 84 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

## FIRST CLAIM FOR RELIEF

### *42 U.S.C. 1983 for Violation of Wendy Farris' Right to Freedom from Unreasonable Searches and Seizures*

85.    In answer to the allegations in paragraph 85 of Plaintiff's Amended Complaint, Defendant reasserts their previous averments.

*A. Expansion of the Scope by Deputy Clark*

86.    The allegations in paragraph 86 of Plaintiff's Amended Complaint, are incomplete statements of law and do not require a response. To extend the paragraph requires a response, Republic Defendants lack sufficient knowledge to Admit or Deny and therefore deny the same.

87.    In answer to the allegations in paragraph 87 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to admit or deny and therefore DENY the same.

DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED
COMPLAINT AND DEMAND FOR JURY
Page 16

88.     The allegations in paragraph 88 of Plaintiff's Amended Complaint, are incomplete statements of law and do not require a response. To the extent the paragraph requires a response, Republic Defendants lack sufficient knowledge to admit or deny and therefore DENY the same.

89.     In answer to the allegations in paragraph 89 of Plaintiff's Amended Complaint, are incomplete statements of law and do not require a response. To the extent the paragraph requires a response, Republic Defendants lack sufficient knowledge to admit or deny and therefore DENY the same.

90.     In answer to the allegations in paragraph 90 of Plaintiff's Amended Complaint, Republic Defendants DENY the same.

B. *False Arrest by Deputy Clerk*

91.     In answer to the allegations in paragraph 91 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient information to ADMIT or DENY and therefore DENY the same.

92.     In answer to the allegations in paragraph 92 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient information to ADMIT or DENY and therefore DENY the same.

93.     In answer to the allegations in paragraph 93 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient information to ADMIT or DENY and therefore DENY the same.

MOBERG
RATHBONE
KEARNS
P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

94.    In answer to the allegations in paragraph 94 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient information to ADMIT or DENY and therefore DENY the same.

95.    In answer to the allegations in paragraph 95 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient information to ADMIT or DENY and therefore DENY the same.

96.    The allegations in paragraph 96 of Plaintiff's Amended Complaint are incomplete statements of law and do not require a response. To the extend this paragraph requires a response, the Republic Defendants lack sufficient knowledge to Admit or Deny and therefore DENY the same.

97.    In answer to the allegations in paragraph 97 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

C.    *Vehicle Search without Probable Cause*

98.    In answer to the allegations in paragraph 98 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT the same.

99.    In answer to the allegations in paragraph 99 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT the same.

100.    In answer to the allegations in paragraph 100 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT the same.

DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED
COMPLAINT AND DEMAND FOR JURY
Page 18

101.   In answer to the allegations in paragraph 101 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

102.   In answer to the allegations in paragraph 102 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

103.   In answer to the allegations in paragraph 103 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT canine Karma alerted giving probable cause and DENY every other allegation contained within this paragraph.

104.   In answer to the allegations in paragraph 104 of Plaintiff's Amended Complaint, Republic Defendants ADMIT drugs were not discovered but DENY each and every other allegation set forth in this paragraph.

105.   The allegations in paragraph 105 of Plaintiff's Amended Complaint, are incomplete statements of law and do not require a response. To the extent the paragraph requires a response Republic Defendants DENY the same.

106.   In answer to the allegations in paragraph 106 of Plaintiff's Amended Complaint, Republic Defendants DENY the same.

107.   The allegations in paragraph 107 of Plaintiff's Amended Complaint are incomplete statements of law and do not require a response. To the extent this paragraph requires a response, Republic Defendants DENY the same.

108.   In answer to the allegations in paragraph 108 of Plaintiff's Amended Complaint, Republic Defendants DENY the same.

MRk MOBERG
RATHBONE
KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

## SECOND CLAIM FOR RELIEF
### 42 U.S.C. 1983 DUE TO Malicious Prosecution against Deputy Clark

109.    In answer to the allegations in paragraph 109 of Plaintiff's Amended Complaint, the Republic Defendants reassert their previous averments.

110.    In answer to the allegations in paragraph 110 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to confirm or deny and therefore DENY the same.

111.    In answer to the allegations in paragraph 111 of Plaintiff's Amended Complaint, Republic Defendants Admit Wendy Farris was sound asleep in her parked car, with her keys in her pocket. The remaining allegations are incomplete statements of law and do not require a response. To the extent this paragraph requires a response, Republic Defendants DENY the same.

112.    In answer to the allegations in paragraph 112 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to Admit or Deny and therefore DENY the same.

113.    In answer to the allegations in paragraph 113 of Plaintiff's Amended Complaint, the Republic Defendants Deny the same.

114.    In answer to the allegations in paragraph 114 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to Admit or Deny and therefore DENY the same.

MOBERG RATHBONE KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

115.   In answer to the allegations in paragraph 115 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT Ms. Farris' cases were dismissed but lack sufficient knowledge to admit or deny the remaining allegations contained within this paragraph and therefore DENY the same.

116.   In answer to the allegations in paragraph 116 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

### THIRD CLAIM FOR RELIEF
*42 U.S.C. 1983 Violation (Monell Liability) against Ferry county and City of Republic [2]*

117.   In answer to the allegations in paragraph 117 of Plaintiff's Amended Complaint, the Republic Defendants reassert their previous averments.

*A. City of Republic is Responsible for the Practices of Its Policymaker*

118.   The allegations in paragraph 118 of Plaintiff's Amended Complaint, is an incomplete statement of law and do not require a response. To the extent this paragraph requires a response Republic Defendants DENY the same.

119.   The allegations in paragraph 119 of Plaintiff's Amended Complaint are incomplete statements of law and do not require a response. To the extent this paragraph requires a response, the Republic Defendants DENY the same.

MOBERG
RATHBONE
KEARNS
P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

120. The allegations in paragraph 120 of Plaintiff's Amended Complaint, are incomplete statements of law. To the extent this paragraph requires a response, Republic Defendants DENY the same.

121. The allegations in paragraph 121 of Plaintiff's Amended Complaint, are incomplete statements of law and do not require a response. To the extent this paragraph requires a response, the Republic Defendants DENY the same.

122. The allegations in paragraph 122 of Plaintiff's Amended Complaint are incomplete statements of law and do not require a response. To the extent this paragraph requires a response, Republic Defendants DENY the same.

123. In answer to the allegations in paragraph 123 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

B. *Ferry County is liable for failure to train*

124. In answer to the allegations in paragraph 124 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to Admit or Deny and therefore DENY the same.

125. In answer to the allegations in paragraph 125 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to Admit or Deny and therefore Deny the same.

MOBERG
RATHBONE
KEARNS
P.O. Box 130 | 238 W. Division Ave
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

126.   In answer to the allegations in paragraph 126 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to Admit or Deny and therefore DENY the same.

127.   In answer to the allegations in paragraph 127 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to Admit or Deny and therefore DENY the same.

128.   In answer to the allegations in paragraph 128 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient information to Admit or Deny and therefore DENY the same.

129.   In answer to the allegations in paragraph 129 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

130.   In answer to the allegations in paragraph 130 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

131.   In answer to the allegations in paragraph 131 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

132.   In answer to the allegations in paragraph 132 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

133.   In answer to the allegations in paragraph 133 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

MOBERG
RATHBONE
KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## FOURTH CLAIM FOR RELIEF
### *State Claim for False Arrest/False Imprisonment against Deputy Clark and Ferry County*

134.    In answer to the allegations in paragraph 134 of Plaintiff's Amended Complaint, the Republic Defendants reassert their previous averments.

135.    In answer to the allegations in paragraph 135 of Plaintiff's Amended Complaint, the Republic Defendants Admit the same.

136.    In answer to the allegations in paragraph 136 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT Deputy Clark performed an investigatory stop upon receiving a call that Plaintiff was slumped over in her car and parked off the side of the road.

137.    In answer to the allegations in paragraph 137 of Plaintiff's Amended Complaint, the Republic Defendants Admit Deputy Clark made an investigatory stop to check on the status of Ms. Farris but lack sufficient knowledge to Admit or Deny the remaining allegations within this paragraph and therefore DENY the same.

138.    In answer to the allegations in paragraph 138 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to admit or deny and therefore DENY the same.

139.    The allegations in paragraph 139 of Plaintiff's Amended Complaint, are incomplete statements of law and do not require a response. To the extent the

MR MOBERG RATHBONE KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

paragraph requires a response, Republic Defendants Admit Deputy Clark did not detect the odor of intoxicants. Republic Defendants lack sufficient knowledge to Admit or Deny and therefore DENY the remaining allegations in the paragraph and therefore DENY the same.

140.   In answer to the allegations in paragraph 140 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or Deny and therefore DENY the same.

141.   In answer to the allegations in paragraph 141 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to admit or deny and therefore DENY the same.

142.   In answer to the allegations in paragraph 142 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore DENY the same.

143.   In answer to the allegations in paragraph 143 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore DENY the same.

144.   In answer to the allegations in paragraph 144 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore DENY the same.

MOBERG RATHBONE KEARNS
P.O. Box 130 | 238 W. Division Ave
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

145.   In answer to the allegations in paragraph 145 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

146.   In answer to the allegations in paragraph 146 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

147.   In answer to the allegations in paragraph 147 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

### FIFTH CLAIM FOR RELIEF
*State Claim for Malicious Prosecution against Deputy Clark and Ferry County*

148.   In answer to the allegations in paragraph 148 of Plaintiff's Amended Complaint, the Republic Defendants reassert their previous averments.

149.   In answer to the allegations in paragraph 149 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT the same.

150.   In answer to the allegations in paragraph 150 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to Admit or Deny and therefore DENY the same.

151.   The allegations in paragraph 151 of Plaintiff's Amended Complaint, are incomplete statements of law and do not require a response. To the extent this paragraph requires a response, Republic Defendants Admit plaintiff was asleep in her vehicle when she was approached by Deputy Clark but lack sufficient

MOBERG
RATHBONE
KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

knowledge to admit or deny the remaining allegations contained in this paragraph and therefore DENY the same.

152.   In answer to the allegations in paragraph 152 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to Admit or Deny and therefore DENY the same.

153.   In answer to the allegations in paragraph 153 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

154.   In answer to the allegations in paragraph 154 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore DENY the same.

155.   In answer to the allegations in paragraph 155 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT cases against Plaintiff were dismissed but lacks sufficient knowledge as to the remaining allegations contained within the paragraph and therefore denies the same.

156.   In answer to the allegations in paragraph 156 of Plaintiff's Complaint, the Republic Defendants DENY the same.

**FIFTH CLAIM FOR RELIEF**
*State Claim for Negligence Against all Republic Defendants*

157.   In answer to the allegations in paragraph 157 of Plaintiff's Amended Complaint, the Republic Defendants reassert their previous averments.

MOBERG
RATHBONE
KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

158.   In answer to the allegations in paragraph 158 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT the same.

159.   In answer to the allegations in paragraph 159 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT the same.

160.   The allegations in paragraph 160 of Plaintiff's Amended Complaint, are incomplete statements of law and do not require a response. To the extend the paragraph requires a response, Republic Defendants DENY the same.

161.   The allegations in paragraph 161 of Plaintiff's Amended Complaint are incomplete statements of law and therefore do not require a response. To the extend this paragraph requires a response, Republic Defendants DENY the same.

162.   The allegations in paragraph 162 of Plaintiff's Amended Complaint are incomplete statements of law and do not require a response. To the extent this paragraph requires a response, the Republic Defendants DENY the same.

*Deputy Clark's Breach of Duty*

163.   In answer to the allegations in paragraph 163 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to Admit or Deny and therefore DENY the same.

164.   In answer to the allegations in paragraph 164 of Plaintiff's Amended Complaint, Republic Defendants lack sufficient knowledge to Admit or Deny and therefore DENY the same.

MOBERG
RATHBONE
KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

165.   In answer to the allegations in paragraph 165 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to ADMIT or DENY and therefore DENY the same.

166.   The allegations in paragraph 166 of Plaintiff's Amended Complaint, are incomplete statements of law and do not require a response. To the extent this paragraph requires a response, Republic Defendants DENY the same.

167.   In answer to the allegations in paragraph 167 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

*Chief Culp's Breach of Duty*

168.   In answer to the allegations in paragraph 168 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT Chief Culp initiated canine Karma to search the vehicle. Republic Defendants DENY the remaining allegations contained within this paragraph.

169.   In answer to the allegations in paragraph 169 of Plaintiff's Amended Complaint, the Republic Defendants ADMIT canine Karma went around the vehicle one time and did not alert.

170.   In answer to the allegations in paragraph 170 of Plaintiff's Amended Complaint, Republic Defendants DENY the same.

171.   In answer to the allegations in paragraph 171 of Plaintiff's Amended Complaint, Republic Defendants DENY the same.

MOBERG
RATHBONE
KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

172.   In answer to the allegations in paragraph 172 of Plaintiff's Amended Complaint, Republic Defendants DENY the same.

173.   In answer to the allegations in paragraph 173 of Plaintiff's Amended Complaint, Republic Defendants DENY the same.

174.   In answer to the allegations in paragraph 174 of Plaintiff's Amended Complaint, Republic Defendants DENY the same.

*Ferry County Sheriff's Breach of Duty*

175.   In answer to the allegations in paragraph 175 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient knowledge to Admit or Deny and therefore DENY the same.

176.   In answer to the allegations in paragraph 176 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient information to admit or deny and therefore DENY the same.

177.   In answer to the allegations in paragraph 177 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient information to Admit or Deny and therefore DENY the same.

178.   In answer to the allegations in paragraph 178 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient information to ADMIT or DENY and therefore DENY the same.

MOBERG RATHBONE KEARNS
P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

179.   In answer to the allegations in paragraph 179 of Plaintiff's Amended Complaint, the Republic Defendants lack sufficient information to admit or deny but therefore DENY the same.

180.   In answer to the allegations in paragraph 180 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

181.   In answer to the allegations in paragraph 181 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

182.   In answer to the allegations in paragraph 182 of Plaintiff's Amended Complaint, the Republic Defendants DENY the same.

## PRAYER FOR RELIEF

No response is required to Plaintiff's prayer for judgment.  To the extent that a response is required, Republic Defendants DENY that Plaintiff is entitled to any relief pursuant to Plaintiff's Complaint.

## JURY DEMAND

In accordance with F.R.C.P 38 and pursuant to the Seventh Amendment, these answering Republic Defendants hereby demand this matter appear before a jury.

## AFFIRMATIVE DEFENSES

By way of further answer to Plaintiff's Complaint and in the form of affirmative defenses, Republic Defendants allege:

MOBERG
RATHBONE
KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202

1.     Plaintiff has failed to state a claim upon which relief can be granted.

2.     City of Republic Police Chief Loren Culp acted reasonably and in food faith and is entitled to qualified immunity.

3.     Based upon information and belief subject to discovery, Plaintiff may have failed to mitigate her damages.

4.     Based upon belief, and subject to discovery, Plaintiff's claimed injuries and damages may be the result of Plaintiff's own actions and inactions.

    WHEREFORE, having fully answered Plaintiff's Complaint herein, Republic Defendants pray that the same be dismissed with prejudice and held for naught, Republic Defendants be awarded attorney fees, costs and disbursements herein as allowed by law and for any further relief deemed just and equitable by the Court.

    DATED this 28th day of January, 2021.

    MOBERG RATHBONE KEARNS, P.S.


    _____s/ *Jerry J. Moberg*_____
    JERRY J. MOBERG, WSBA No. 5282
    jmoberg@mrklawgroup.com
    Attorneys for Republic Defendants

MOBERG RATHBONE KEARNS

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that I electronically filed the foregoing with the Clerk of the

3

Court using the CM/ECF System which will send notification of such filing to the

4

following:

5

6          Michael E. McFarland Jr.
           Evans, Craven & Lackie, PS
7          West 818 Riverside Avenue
           Suite 250
8          Spokane, WA  99201
           mmcfarland@ecl-law.com
9          kmauss@ecl-law.com

10         Eric M Fong
           Fong Law, PLLC
11         569 Division Street
           Suite A
12         Port Ordard, WA 98366
           eric@ericfonglaw.com
13

14

15         DATED January 28, 2021 at Ephrata, WA.

16                                  */s/ Dawn Severin*
                                    Dawn Severin, Senior Paralegal
17

18

19

20

21

22

23

24

DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED
COMPLAINT AND DEMAND FOR JURY
Page 33

P.O. Box 130 | 238 W. Division Ave
Ephrata, WA  98823
(509) 754-2356 | Fax (509) 754-4202