AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 09, 2022**

SEAN F. McAVOY, CLERK

WENDY FARRIS,

*Plaintiff*

v.

LOREN CULP, REPUBLIC POLICE DEPARTMENT, CHRISTINE CLARK, FERRY COUNTY SHERIFF,

*Defendants*

Civil Action No.  2:20-cv-00290-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant Loren Culp and Defendant Republic Police Department's Motion for Summary Judgment, ECF No. 35, is GRANTED.
Defendant Christine Clark and Ferry County Sheriff's Motion for Summary Judgment, ECF No. 28, is GRANTED.
Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  STANLEY A. BASTIAN  on motions for summary judgment.

Date:  12/09/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Lilly Savchuk
*(By) Deputy Clerk*

Lilly Savchuk